**HLG FARMS II, LLC,**
**Plaintiff–Appellee**

v.

**CITY OF HAMBURG, an Iowa**
**Municipal Corporation,**
**Defendant–Appellant**

**John Does, 1–10, Defendant.**

**No. 15–1432.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 5, 2015.

Filed: Oct. 22, 2015.

Robert M. Livingston, Kristopher K. Madsen, Stuart Tinley Law Firm, L.L.P., Council Bluffs, IA, for appellant.

Lee M. Baty, Theresa A. Otto, Matthew J. Westering, Baty, Holm, Numrich & Otto, P.C., Kansas City, MO, for appellee.

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

The City of Hamburg, Iowa (Hamburg) appeals the district court's[1] enforcement of a settlement agreement between Hamburg and HLG Farms II, LLC. After carefully reviewing the record and the parties' arguments on appeal, we find no basis for reversal. *See Transcon. Ins. Co. v. Rain-*

*water Constr. Co., LLC,* 509 F.3d 454, 456 (8th Cir.2007) (de novo review of district court interpretation of settlement agreement). Accordingly, we affirm. *See* 8th Cir. Rule 47B.

---

1. The Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).